

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

June 13, 1952

Hon. Hartman Hooser
County Attorney
Howard County
Big Spring, Texas

Opinion No. V-1459

Re: Legality of designation
by two or more counties
of the same person as
commissioner to sell a
tract of land in which
each county owns an
interest.

Dear Sir:

Your request for an opinion of this office reads in part as follows:

"When two or more counties own an interest in a tract of land, may each county appoint the same commissioner to sell the respective interests of both?

"The Counties of Howard, Martin, Midland and Ector each own an interest in thirty-five acres of land situated in Howard County, which land was purchased in 1925 for the purpose of obtaining gravel for road construction. The counties are now desirous of selling this land and all want to appoint one man as the commissioner to sell said land at public auction."

Section 1 of Article 1577, V.C.S., provides:

"The Commissioners Court may, by an order to be entered on its minutes, appoint a commissioner to sell and dispose of any real estate of the county at public auction. The deed of such commissioner, made in conformity to such order for and in behalf of the county, duly acknowledged and proven and recorded shall be sufficient to convey to the purchasers all the right, title, and interest and estate which the county may have in and to the premises to be conveyed. Nothing contained in this article shall authorize any Commissioners Court to dispose of any lands

given, donated or granted to such county for the purpose of education in any other manner than shall be directed by law."

There is nothing in the above statute or any other law which prohibits procedure outlined in your request. The statute does not place any restriction on the commissioners' court in the appointment of a commissioner for the purpose of selling real estate owned by the county. While it is well settled that counties have only such powers as are either expressly or by necessary implication given them by law, yet, once authority is vested in them, a reasonable construction of that authority will be given to effect its purpose. Commissioners' Court of Madison County v. Wallace, 118 Tex. 279, 15 S.W.2d 535 (1929). Since the commissioners' courts are given broad discretion in making the appointment of a commissioner to sell real estate with no restriction as to whom they may appoint, we agree with you that when two or more counties own an interest in a tract of land the commissioners' court of each county may appoint the same commissioner to sell the respective interests of all.

## SUMMARY

When two or more counties own an interest in a tract of land, the commissioners' court of each county may appoint the same commissioner to sell the respective interests of all. Art. 1577, V.C.S.

Yours very truly,

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Mary K. Wall
Reviewing Assistant

Charles D. Mathews
First Assistant

BA:mh

PRICE DANIEL
Attorney General

By *Bruce Allen*
Bruce Allen
Assistant